On petition for review filed July 12,* appellate judgment recalled; petition for review allowed; decision of Court of Appeals vacated; case remanded to Court of Appeals for further consideration October 25, 2001

In the Matter of the Compensation of
Barbara Johnson, Claimant.

Barbara JOHNSON,
*Petitioner on Review,*

*v.*

EASTERN OREGON STATE COLLEGE
and SAIF Corporation,
*Respondents on Review.*

(WCB 95-07224, 95-05888; CA A98381; SC S48663)

34 P3d 168

Christopher D. Moore, Malagon, Moore, Johnson & Jensen, Eugene, filed the petition for petitioner on review.

No appearance *contra.*

MEMORANDUM OPINION

The appellate judgment is recalled. The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *Koskela v. Willamette Industries, Inc.*, 331 Or 362, 15 P3d 548 (2000).

_____

* Judicial Review from the Workers' Compensation Board, 159 Or App 663, 978 P2d 451 (1999).